NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JURIS ZANIS PUPOLS** AND
**JZP ENTERPRISE - USA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee,*

and

**TOPCO SALES, INC.,**
*Defendant-Appellee.*

---

2010-1245

---

Appeal from the United States District Court for the Northern District of Indiana in case no. 09-CV-0425, Judge Philip P. Simon

---

## ON MOTION

---

## ORDER

Juris Zanis Pupols moves for leave to proceed in forma pauperis and for appointment of an attorney.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for appointment of pro bono counsel is denied.

(3) The United States Patent and Trademark Office should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

SEP 1 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Juris Zanis Pupols
    Raymond T. Chen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2010

JAN HORBALY
CLERK